No. 656. EIGHTH AVENUE RAILROAD COMPANY *v.* JOB E. HEDGES, AS RECEIVER OF THE NEW YORK RAILWAYS COMPANY; and

No. 657. NINTH AVENUE RAILROAD COMPANY *v.* JOB E. HEDGES, AS RECEIVER OF THE NEW YORK RAILWAYS COMPANY. Appeals from the Circuit Court of Appeals for the Second Circuit. Motion to dismiss submitted June 4, 1923. Decided June 11, 1923. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Shulthis* v. *McDougal,* 225 U. S. 561, 568; *Hull* v. *Burr,* 234 U. S. 712, 720; *Delaware, Lackawanna & Western R. R. Co.* v. *Yurkonis,* 238 U. S. 439, 444; *Begg* v. *City of New York, ante,* 196. *Mr. Michel Kirkland* and *Mr. Morgan J. O'Brien* for appellants. *Mr. Walter Howe* and *Mr. Bronson Winthrop* for appellee.

---

PETITIONS FOR CERTIORARI GRANTED, FROM APRIL 10, 1923, TO AND INCLUDING JUNE 11, 1923.

No. 924. THOMAS HAMMERSCHMIDT ET AL. *v.* UNITED STATES. April 16, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Mr. Joseph W. Sharts* for petitioners. *Mr. Solicitor General Beck, Mr. Assistant Attorney General Crim* and *Mr. Harry S. Ridgely* for the United States.

---

No. 935. HARRY H. WEISS, COLLECTOR OF INTERNAL REVENUE, *v.* LOUIS STEARN. April 23, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Mr. Solicitor General Beck, Mrs. Mabel Walker Willebrandt,* Assistant Attorney General, and *Mr. John C. Hayes* for petitioner. *Mr. Charles P. Hine* for respondent.